# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JONATHON JOHNSON**                                      **CIVIL ACTION**

**VERSUS**                                                        **NO: 05-1943**

**BURL CAIN, WARDEN**                                  **SECTION: "K"(1)**

## ORDER

Before the Court is the Motion to Stay (Rec.Doc.No. 30) of Petitioner Jonathon Johnson, wherein he requests that the Court stay the Notice of Appeal proceedings pending resolution of Petitioner's Motion for Reconsideration. The Court has addressed Petitioner's Motion for Reconsideration and, therefore, finds that the instant motion is moot. Accordingly,

**IT IS ORDERED** that the Motion to Stay (Rec.Doc.No. 30) is hereby is **DENIED** as **MOOT**.

New Orleans, Louisiana, on this   14th day of June, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**