FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 15 PM 4:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Jonathan Johnson 119406 | CIVIL ACTION |
| VERSUS | NO. 05-1943 |
| Burl Cain, Warden | SECTION "K" (1) |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s): There was no showing of the denial of a constitutional right. See order and reasons Doc. 25 entered March 27, 2007.

Date: June 15, 2007

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____